October 9, 2014



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔈𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

MISSION PETROLEUM CARRIERS, INC., Appellant

NO. 14-14-00072-CV                V.

DAVID KELLEY, Appellee

_____

This cause, an appeal from the order denying appellant Mission Petroleum Carrier's motion to compel arbitration, signed January 8, 2014, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. The order denying the motion to compel arbitration is **REVERSED**, and we **REMAND** the cause to the trial court for proceedings in accordance with the court's opinion, including ordering the parties to arbitration and staying proceedings.

We further order that all costs incurred by reason of this appeal be paid by appellee David Kelley.

We further order this decision certified below for observance.